United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6
7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   STRAIGHT PATH IP GROUP, INC.,                No. C 16-03459 WHA
10                 Plaintiffs,
11       v.
12                                               **ORDER DENYING PRO
     AVAYA INC.,                                 HAC VICE APPLICATIONS
13                                               OF ATTORNEYS CHRISTOPHER
                   Defendants.                   O. GREEN AND NOAH
14   _____/          GRAUBART**

15          The *pro hac vice* applications of Attorney Christopher O. Green (Dkt. No. 17) and Noah
16   Graubart (Dkt. No. 18) are **DENIED** for failing to comply with Local Rule 11-3.  The local rule
17   requires that an applicant certify that "he or she is an active member in good standing of the bar
18   of a United States *Court* or of *the highest court* of another State or the District of Columbia,
19   *specifying such bar*" (emphasis added).  Filling out the *pro hac vice* form from the district court
20   website such that it only identifies the state of bar membership — such as "the bar of Georgia"
21   — is inadequate under the local rule because it fails to identify a specific court.  While the
22   application fee does not need to be paid again, the application cannot be processed until a
23   corrected form is submitted.
24
25          **IT IS SO ORDERED.**
26
27   Dated:   July 19, 2016.                     _____
28                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28