IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

v.

AVAYA INC.,

    Defendant.

No. C 16-03459 WHA

**ORDER RE BANKRUPTCY AND AUTOMATIC STAY**

The Court is in receipt of defendant's suggestion of bankruptcy (Dkt. No. 40). This action is accordingly stayed as to all parties and all further proceedings. The parties shall submit a joint status report by **JUNE 14**.

**IT IS SO ORDERED.**

Dated: February 8, 2017.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE