IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

  v.

AVAYA INC.,

    Defendant.

No. C 16-03459 WHA

**ORDER TO SHOW CAUSE**

The parties' last joint status report dated April 18 said they "expect to file promptly papers requesting that the Court dismiss this case," and "expect to finalize [the form of dismissal] in the coming days" (Dkt. No. 49). As of the date of this order, however, no dismissal has been filed. The parties shall **SHOW CAUSE** in writing by **MAY 10 AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: May 3, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE