IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

  v.

AVAYA INC.,

    Defendant.

No. C 16-03459 WHA

**STATUS REPORT ORDER**

The Court is in receipt of the parties' joint status report (Dkt. No. 69). The parties shall please submit another joint status report updating the Court on the progress of the receipt of funds by **NOVEMBER 23 AT NOON** or when the parties dismiss the instant action, whichever comes first.

**IT IS SO ORDERED.**

Dated: November 2, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE