[Counsel Listed on Signature Block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVAYA INC., <br><br> Defendant. | Case No. 3:16-cv-03459-WA <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Straight Path IP Group, Inc., and Defendant Avaya Inc. (collectively, the "Parties") hereby move, stipulate and agree, with the Court's approval, to dismiss all claims and counterclaims *with prejudice*. The Parties further stipulate that each side shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

RUSS, AUGUST & KABAT

/s/  *Paul A. Kroeger*

Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
12424 Wilshire Boulevard Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Straight Path IP Group, Inc.*


FISH & RICHARDSON P.C.

/s/  *Noah Graubart*

Betty H. Chen (SBN No. 290588 / bchen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Christopher O. Green (Pro Hac Vice / green@fr.com)
Noah Graubart (Pro Hac Vice / graubart@fr.com)
Brian Boyd (Pro Hac Vice / bboyd@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

*Attorneys for Defendant Avaya Inc.*


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date:  November 13, 2018                    _____
                                            WILLIAM ALSUP
                                            United States District Judge